Mocknis *v.* Mocknis, Appellant.

Argued March 16, 1976. *W. J. Krencewicz,* for appellant; *Leonard G. Schumack,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent review of the entire record, we are of the

opinion that the court below properly entered a decree in divorce in this case.

CERCONE, J., absent.